IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**WILLIAM GERBERICH,**

    **Plaintiff,**

**v.**                                                                     No. 17-cv-0712 KRS/SMV

**CARLTON L. AVERY,**

    **Defendant.**

## ORDER GRANTING TEMPORARY WAIVER OF MEMBERSHIP

THIS MATTER is before the Court on the Motion by Andrew S. Petroski to Appear on Behalf of Plaintiff [Doc. 8], filed August 1, 2017. Mr. Petroski seeks leave of the Court to appear on behalf of Plaintiff in this action pending approval of his application for admission to the bar of this court. Pursuant to D.N.M.LR-Civ. 83.2(j), "[a]n eligible attorney who has applied for membership, but has not yet been admitted, may seek leave of the Court to represent a party in a specific action." The Court finds that the motion is well-taken and will be GRANTED.

**IT IS THEREFORE ORDERED** that the Motion by Andrew S. Petroski to Appear on Behalf of Plaintiff [Doc. 8] is **GRANTED**.

**IT IS FURTHER ORDERED** that, once he is admitted to the bar of this court, Mr. Petroski must file a notice of his admission.

**IT IS SO ORDERED.**

                                                                                                         _____

                                                                                                         **STEPHAN M. VIDMAR**
                                                                                                         **United States Magistrate Judge**